# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Steven D. Ward,                                    Civil No. 12-2802 (RHK/FLN)

                Plaintiff,                    **ORDER**

v.

Carolyn W. Colvin,

                Defendant.

---

Based upon the August 20, 2013 Report and Recommendation of United States Magistrate Judge Steven E. Rau and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 11) is **DENIED**;

3. Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**; and

4. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  September 27, 2013

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge